**Exhibit A to the Complaint**

**Location:** Framingham, MA  **IP Address:** 108.7.60.27
**Total Works Infringed:** 28  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 1A122F78883CAB7831D421F3F89E16CD55F82942<br>File Hash:<br>311E403D22DDC19B870E838EAAC2B82F3945A842B32E03EB6300CF05C155B741 | 03-05-2023<br>21:44:09 | Vixen | 06-03-2018 | 07-09-2018 | PA0002109331 |
| 2 | Info Hash: 12B8E3BDD5C00C6F038E8781A706EF9AA677489D<br>File Hash:<br>422316C7074F2B76A417A1C44C48D7F6ED66D32A57DEB73E0FCC8B487E52FD06 | 03-05-2023<br>21:42:31 | Vixen | 05-19-2018 | 07-14-2018 | PA0002128156 |
| 3 | Info Hash: 3A6E308F20D3233D829473D568E43736E8B4C842<br>File Hash:<br>D6014A4533C9D2D28E2BE1BA673A84E76ABAC20E79F65E2B07AEB197B2859D70 | 03-05-2023<br>21:42:27 | Vixen | 02-08-2018 | 03-01-2018 | PA0002079183 |
| 4 | Info Hash: 2D5E4DC9598F679D16C7A7F8ACA2AC17B03F4B84<br>File Hash:<br>3C3C54106C48841DBE6269AA7F57C87265FC5606E124A059BB602B952CC5036D | 03-05-2023<br>21:42:02 | Vixen | 04-24-2018 | 06-19-2018 | PA0002126671 |
| 5 | Info Hash: 220FFCDDAD2C74EB8D9421502E970075D1134691<br>File Hash:<br>4569A48B3443B0C04E57814E30AA29D1AC4E289D729806EC06BF3183B6FAE8B7 | 03-05-2023<br>21:41:35 | Vixen | 05-09-2018 | 06-19-2018 | PA0002126667 |
| 6 | Info Hash: 18953D8F4ABB4EF5673FF009ECCEAAD33EC45BB0<br>File Hash:<br>A619E911A0F13FE5257F714E8A197156F995FB897B9721D7919F10A544942F68 | 02-28-2023<br>00:51:19 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 7 | Info Hash: 0537F0DF697A4A3110DD54DED03AC39F00779192<br>File Hash:<br>4E83AB31D5D96887299DCC453E8FB79D3AE9BAA975793E8C3FCE077D1D5F2444 | 02-21-2023<br>02:09:07 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 8 | Info Hash: 5CFA12682D8F6348AD3DCF15F4F723A37DB6680C<br>File Hash:<br>4280FD587CFEDFE4DD778292890B84A8A6DB9999C03CEDED4CB1A672736AC38E | 02-13-2023<br>02:33:49 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |
| 9 | Info Hash: 8444E90800C2C301FCE5C82E47F664795DA33841<br>File Hash:<br>50E5BA76FD30E838BA7AE8E1471528A588ED92B8254448C0BF0FB2F80828B2F1 | 02-01-2023<br>20:38:17 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 10 | Info Hash: 8E58ED77470B57E1C7A33A1B8D70B833B8936D93<br>File Hash:<br>298AF67DD2A05E007B9D9BE780C8C503978A540D2A6D2C73E3DD84ED21EE62E3 | 01-29-2023<br>00:04:40 | Slayed | 08-30-2022 | 09-22-2022 | PA0002378449 |
| 11 | Info Hash: 793A76FB7021F48B26913DED974D3F20DAEF3C9F<br>File Hash:<br>FDCA21DAEDB3018913E6040E93D4C360C5A11241B9456497CB488ED6EAB0B138 | 01-29-2023<br>00:04:19 | Slayed | 10-11-2022 | 11-24-2022 | PA0002388301 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: C9A665224BB4416AE68F17570FB6B1E5F696CF45<br>File Hash: 02FA29B24F987CA741FBB212DA9437ACD044210A2A9168BDE41591FE5FC3E347 | 01-24-2023 15:50:27 | Tushy | 01-22-2023 | 01-27-2023 | PA0002393076 |
| 13 | Info Hash: 7098549D7F032C925CADB4AD1D20B2C2915D4F7B<br>File Hash: 30A7065AE06DA08AF45FB1BEA5E4F7DBD1E87E23FB5B273C06CFBBD7C3E88512 | 01-24-2023 14:49:57 | Slayed | 08-09-2022 | 10-05-2022 | PA0002378461 |
| 14 | Info Hash: E9FE2AA9D3E470D118A91CFA6D1A99298F7228C5<br>File Hash: EE5A56E59572E8B9248410D31D6F15DDEA384BC45F875E999B017D7A0763933F | 01-10-2023 06:08:36 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 15 | Info Hash: F92547FFAA5D8EBA5238AB65E6A9E4EC39ED9E5D<br>File Hash: 584A34AC1108E672F624256803F8F8633CFB2EE125DE798B0763759D94993589 | 12-27-2022 06:04:46 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |
| 16 | Info Hash: 0CD616F766959AEA1E3425D5CBFCA2F23339AFA3<br>File Hash: 6FF8D77227E8D65A4699135DAC2639B0BC3B4BFF088D91FCB72646E7BC57FA60 | 12-17-2022 16:45:40 | Tushy | 12-11-2022 | 01-10-2023 | PA0002389623 |
| 17 | Info Hash: 8EAE6FE8463FD15ED95D05F0A48C99A459B28630<br>File Hash: DD845168A0D0AD8689E3BDC6D7FFA411180770E367F55CE55464A8FAC7F171B2 | 12-10-2022 19:08:15 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |
| 18 | Info Hash: 4150D9D11E76E3F845360FB3054F8EBBE819F603<br>File Hash: 4D36E18C7A9ED2E2444529A0B7A3574A5ED1A38D508FF99CE1344A482E3E69D3 | 12-01-2022 02:44:50 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 19 | Info Hash: 3EC1A30214EBA272A5B69329CD1913671B2AB63B<br>File Hash: F28F98DB50711F014A163BA461053AB14B77B282E93D0C38A435F17E318E800D | 11-23-2022 17:32:25 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 20 | Info Hash: 825C3B68C7BA3A7ADE8106460CCEA1A16298E655<br>File Hash: FD97227D63AB64B5C19F552DF86F6B4897187FA56CCC54A4324144AA5C4146D9 | 11-18-2022 02:06:54 | Tushy | 11-13-2022 | 12-11-2022 | PA0002384758 |
| 21 | Info Hash: F1CA1CDD26CEF05C56408A156086F647562E02D2<br>File Hash: C67D8FB6F5A20402F7773A437ADA755D202C06899816721E299994DF126A1B01 | 11-12-2022 03:28:55 | Tushy | 11-06-2022 | 12-11-2022 | PA0002384747 |
| 22 | Info Hash: AEFC28589F9A0AAFF459959A693DE89E95EE51C2<br>File Hash: FF5E0B5B5CC1192257D5835A2DCDEDBE26CACC304DD36161DFB850EEA01E1B2B | 10-20-2022 13:46:53 | Tushy | 10-16-2022 | 11-27-2022 | PA0002388606 |
| 23 | Info Hash: A5B5773432FEF4DDEEE84535700094C32BD99FAA<br>File Hash: 6FFD0D4FFCAFD8017A73F82EAEC1CAE4F6595C5736E506C833C940982BCBD87D | 10-15-2022 21:11:12 | Tushy | 10-09-2022 | 11-27-2022 | PA0002389321 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 646591C3E8C12804C81EA69FA00B6B3E0B0481F4<br>File Hash: 8D4FE4F04F9746297BE9A5FA6D46852BCDB2252D0DE3E57A3B26707CA52239A2 | 10-09-2022 16:39:53 | Tushy | 10-02-2022 | 11-27-2022 | PA0002388605 |
| 25 | Info Hash: B1453A18182ED5EED3E994025EB245802B782631<br>File Hash: EB4DF206FA37B1D1A2E3003F0A7F2BFF0DDA6A7E608B3A83362611335C261DC2 | 09-29-2022 03:20:40 | Tushy | 09-25-2022 | 10-05-2022 | PA0002373771 |
| 26 | Info Hash: 8B3EBFD6E466CE558268ED57A17531E684988C89<br>File Hash: A957FF9632A84EC7183F23FA32A9F462E2A96AD1E5AB9A5F521DFCE78225BAAE | 09-26-2022 16:16:15 | Tushy | 09-18-2022 | 10-05-2022 | PA0002373759 |
| 27 | Info Hash: AC9D255B19F23C7EC3FF0037A4612B41F593DB8B<br>File Hash: E0C9932B80EF4E9DF0EE6C111CF7FE90277DB552E27A403E0A5C71AC8539F674 | 09-20-2022 02:58:25 | Vixen | 09-16-2022 | 10-05-2022 | PA0002373762 |
| 28 | Info Hash: 2B4216C9748CCE1D5A7D0C73BD7B7E4502AF5D62<br>File Hash: 30F86F7097EA17287A2C7AC6A85E3E95767736065E169BCB8A767A176485788E | 09-17-2022 18:56:47 | Slayed | 03-15-2022 | 04-21-2022 | PA0002353059 |